OMAHA LAW LIBRARY ASSOCIATION V. GEORGE J. HUNT.

FILED JUNE 9, 1898.    No. 8167.

Corporations: ASSESSMENT OF STOCK: DUES. On the authority of *Omaha Law Library Ass'n v. Connell*, 55 Neb. 396, the judgment of the district court rendered in this action is reversed.

ERROR from the district court of Douglas county. Tried below before AMBROSE, J.    *Reversed.*

*Charles W. Haller* and *Brome, Burnett & Jones*, for plaintiff in error.

*William F. Gurley, contra.*

RAGAN, C.

The Omaha Law Library Association has filed a petition in error here to review a judgment of the district court dismissing a suit brought by it in the district court of Douglas county against George J. Hunt. The facts in the case are identical with those in the case of *Omaha Law Library Ass'n v. Connell*, 55 Neb. 396, and upon the authority of that case the judgment of the district court is reversed and the cause remanded.

REVERSED AND REMANDED.